GARY M. RESTAINO
Acting United States Attorney
District of Arizona
FRED A. COCIO
Assistant U.S. Attorney
State Bar No. 019428
United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
Telephone: (520) 620-7300
Email: fred.cocio@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          v.<br><br>$9,300 in United States currency.<br><br>                    Defendant. | **COMPLAINT FOR FORFEITURE<br>IN REM** |

COMES NOW the United States of America, by and through its undersigned counsel, in the civil cause of forfeiture and alleges on information and belief:

1.     That this is a civil action in rem brought to enforce the provisions of 1) Title 21, United States Code, Section 881(a)(6) for the forfeiture of $9,300 in United States currency (hereinafter "defendant currency"), which is the proceeds of narcotics trafficking, or is traceable to narcotics trafficking; and 2) Title 18, United States Code, Section 981(a)(1)(A) for the forfeiture of the defendant currency, which was involved in a transaction or attempted transaction in violation of Title 18, United Staes Code, Section 1960.

2.     That this Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355(a).

3.     That this Court has in rem jurisdiction pursuant to Title 28, United States Code, Section 1355(b).

1      4.    Venue is proper in this district pursuant to Title 28, United States Code,

2  Section 1355(b)(1) because the acts or omissions giving rise to the forfeiture occurred in

3  this district, and pursuant to Title 28, United States Code, Section 1395 because the

4  property is located in this district.

5      5.    That the defendant currency represents proceeds of narcotics trafficking or is

6  proceeds traceable to an exchange of things of value for a controlled substance in

7  violation of Title 21, United States Code, Sections 841 and 846, and that the defendant

8  currency was involved in a transaction or attempted transaction in violation of Title 18,

9  United States Code, Section 1960, as appears in the attached affidavit of U.S. Customs

10  and Border Protection Officer Thomas Lipke, attached hereto, and is, therefore, subject to

11  forfeiture to the United States as alleged in paragraph one.

12      6.    That the defendant currency was seized at the DeConcini Port of Entry, and

13  is presently within the jurisdiction of this Court and will remain therein throughout the

14  course of these proceedings.

15      7.    That Sara Lizarraga Mungarro may file a verified claim regarding the

16  defendant currency.

17      Wherefore, plaintiff prays that due process issue to enforce the forfeiture of the

18  defendant currency; that due notice be given to all parties to appear and show cause why

19  the forfeiture should not be decreed; and prays that the defendant currency be condemned

20  and forfeited to the United States of America, and delivered to the custody of the U.S.

21  Customs and Border Protection for disposition according to law; and that the United

22  States of

23  ///

24  ///

25  ///

26  ///

27  ///

28

1    America be granted such other relief as this Court may deem just and proper, together

2    with the costs and disbursements of this action.

3

4        Respectfully submitted this _28th_ day of March, 2024.

5

6                                    GARY M. RESTAINO
                                     United States Attorney
7                                    District of Arizona

8

9                                    _____
                                     FRED A. COCIO
10                                   Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**VERIFICATION**

    I, U.S. Customs and Border Protection Officer, Thomas Lipke, hereby verify and declare under penalty of perjury that I have read the foregoing Complaint for Forfeiture In Rem and know the contents thereof, and that the matters contained in the Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

    The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my case, together with others, as a U.S. Customs and Border Protection Officer.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 28, 2024.

THOMAS LIPKE
U.S. Customs and Border Protection Officer