# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-24-00170-TUC-LCK |
| Plaintiff, | **ORDER** |
| v. | |
| $9,300.00 in United States Currency, | |
| Defendant. | |

On June 20, 2024, Magistrate Judge Lynette C. Kimmins issued a Report and Recommendation ("R&R") in which she recommended the District Court grant Plaintiff's Motion for Default Judgment (Doc. 12) and enter an Order that all right, title, and interest in defendant is hereby condemned, forfeited to, and vested in the United States. (Doc. 13.) Judge Kimmins recommended the Court "further order that the defendant, $9,300 in United States currency is forfeited to the United States and shall be disposed of by Homeland Security Investigation, U.S. Customs and Border Protection according to law." (*Id.* at 2-3.) Judge Kimmins indicated objections must be filed within fourteen (14) days from the date of the R&R. (*Id.* at 3.) No objections have been filed.

If there is no objection to a magistrate judge's R&R, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id.*

at 154.

The Court has reviewed the Complaint for Forfeiture In Rem (Doc. 1), the Motion for Default Judgment for Forfeiture (Doc. 12), and Judge Kimmins's R&R (Doc. 13). The Court finds the R&R well-reasoned and agrees with Judge Kimmins's conclusions.

WHEREAS, the Court finds on March 28, 2024, the government filed the Complaint for Forfeiture in the above-titled action; and

WHEREAS, on April 12, 2024, the government properly noticed putative claimant, Sara Lizarraga Mungarro, by mailing copies of the Complaint for Forfeiture In Rem, Warrant of Arrest In Rem, and Notice of Forfeiture Action via certified, return receipt requested mail; and

WHEREAS, the government complied with the notice and publication requirements of Rule G(4) Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

WHEREAS, no appearance, answer or motion under Rule 12 was filed as required by Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and Title 18, United States Code, Section 983(a)(4)(B); and

WHEREAS, there has been no appearance, claim, answer or other defense served or filed by putative claimant, Sara Lizarraga Mungarro, or any other person on behalf of the defendant; and

WHEREAS, it appearing to the Court that the defendant, $9,300 in United States currency, constitutes property derived from, or is traceable to proceeds obtained directly, or indirectly, as a result of a violation of Title 18, United States Code, Section 1960, therefore, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED:

1) Magistrate Judge Kimmins's Report and Recommendation is ADOPTED. (Doc. 13.)

2) The Motion for Default Judgment (Doc. 12) is GRANTED.

3) All right, title and interest in the defendant is hereby condemned, forfeited to and

vested in the United States.

4) The defendant, $9,300 in United States currency is forfeited to the United States and shall be disposed of by Homeland Security Investigation, U.S. Customs and Border Protection according to law.

Dated this 17th day of July, 2024.

_____
Honorable Raner C. Collins
Senior United States District Judge